COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON APPELLANT'S
MOTION FOR EN BANC RECONSIDERATION

Appellate case name:      Ivan Villarreal v. Texas Southern University; Dannye Holley, in his Individual & Official Capacities; Edward Maldonado (A/K/A SpearIt), in his Individual & Personal Capacities; Gabriel Aitsebaomo, in his Individual & Personal Capacities

Appellate case number:    01-17-00867-CV

Trial court case number:  2016-64945

Trial court:              164th District Court of Harris County

Date motion filed:        February 14, 2019

Party filing motion:      Appellees, Texas Southern University; Dannye Holley, in his Individual & Official Capacities; Edward Maldonado (A/K/A SpearIt), in his Individual & Personal Capacities; Gabriel Aitsebaomo, in his Individual & Personal Capacities

It is ordered that the motion for rehearing en banc is **DENIED.**

Judge's signature: /s/ ___*Richard Hightower*_____
                     ☐ Acting Individually  ☒  Acting for the Court

En banc court consists of: Chief Justice Radack and Justices Keyes, Higley, Lloyd, Goodman, Hightower, and Countiss.

Justices Kelly and Landau not sitting.

Date:  April 25, 2019